ROBERT ELIC V. STATE OF NEBRASKA.

FILED NOVEMBER 5, 1931. No. 27972.

*J. R. Lones* and *Raymond T. Coffey,* for plaintiff in error.

*C. A. Sorensen, Attorney General,* and *Clifford L. Rein, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY, DAY and PAINE, JJ.

PER CURIAM.

This is a proceeding in error brought to this court by Robert Elic to review the judgment of the district court for Douglas county, wherein he was convicted of possession of a still and mash for the manufacture of intoxicating liquor.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.